ACCEPTED
01-15-00597-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/28/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

# Cause No. 01-15-597-CV

In The

Court of Appeals

for the

First Appellate District

Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/28/2015 9:40:00 AM

CHRISTOPHER A. PRINE
Clerk

LEVENT ULUSAL,

Appellant

V.

LENTZ ENGINEERING, L.C.

Appellee

# APPELLEE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES **LENTZ ENGINEERING, L.C.**, **Appellee** in the above styled and numbered cause, and files this its **MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**, and would respectfully show unto the Court as follows:

This is an appeal of Cause No. 201343934, styled Lentz Engineering, L.C. v. Solidarity Contracting, LLC and Levent Ulusal, before the 129th

1

District Court of Harris County, Texas.

A default judgment was rendered on or about January 9, 2015. A notice of appeal was filed with the trial court on July 7, 2015.

Appellant filed his brief on or about September 16, 2015. Accordingly, Appellant's Brief is due on October 16, 2015. Unfortunately, Appellant will be unable to satisfied this deadline.

As grounds thereof, Appellee has only recently retained Hon. Keith C. Livesay to assist in its representation before this Court. Counsel Livesay was not involved with this matter while it was before the trial court. Thus, significant time is required to review the record.

Furthermore, Counsel Livesay has been and will be busy with the following items:

> Cause No. 15-0580, styled Luis M. Singleterry v. Reynaldo Ortiz, Rolando L. Rios, Jose Garza and Martin Golando, before the Supreme Court of Texas: research re ability of Court of Appeals to disagree with every other court of appeals, and then claim holding is consistent with prior decisions; research re ability of appellate courts to ignore the applicable law; preparation of Motion for Rehearing of Petition for Review

> Cause No. 13-15-233-CV, styled Rocass L.L.C., d/b/a Rocass Homes v. Nancy Zazueta, before the Court of Appeals for the Thirteenth Appellate District: research re necessity of proof of necessity and reasonableness of settlement before it can be considered as element of damages; preparation of

Brief of Appellant

Cause No. C-0435-13-A, styled Richard Stubbs v. City of Weslaco and Veronica Ramirez, before the 92nd District Court of Hidalgo County: preparation of First Amended Plea in Intervention; preparation of First Amended Motion for Summary Judgment; conduct of settlement negotiations

Cause No. C-1690-15-J, styled DG & GG Investments LLC d/b/a Keystone Construction v. Adrian Casas Zaragoza and Elida Rocio Alanis, before the 430th District Court of Hidalgo County: preparation of Plaintiff's Motion to Compel Issuance of Citation

Cause No. C-3145-15-D, The Shoppes At Rio Grande Valley, L.P., First Hartford Rio Grande Valley, Inc. and First Hartford Realty Corporation v. Simon Property Group (Texas), L.P., Simon Property Group (Delaware), Inc., Golden Ring Mall Company and Simon Property Group, Inc., before the 206th District Court of Hidalgo County: research re standing of parent corporation to obtain declaratory judgment; preparation of Plaintiffs' special exceptions to Defendants' Original Answer; preparation of Plea in Intervention

Cause No. F-3221-15-D, styled In the Matter of the Marriage of Martha Patricia Fuentes and Jose I. Fuentes, before the 206th District Court of Hidalgo County, Texas: conduct of settlement negotiations

Cause No. CL-13-2148-B, styled Rio Valley Maintenance d/b/a Electric Wiring and Repair v. First Cash, Ltd. d/b/a First Cash Pawn, before County Court at Law No. 2 of Hidalgo County: preparation of Plaintiff's Motion for Partial Summary Judgment

Cause No. CL-15-2221-F, styled George I. Soto v. Odyssey Primary Homecare, Inc., Richard R. Molina

and David Torres, before County Court at Law No. 6 of Hidalgo County, Texas: calculation of value of business; conduct of settlement negotiations

As a result of such workload, Counsel Livesay cannot complete the brief in time.

Appellee requests that the deadline to complete the brief be extended thirty (30) days, i.e. until November 16, 2015.

This motion is not for delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, **LENTZ ENGINEER-ING, L.C.**, **Appellee** in the above styled and numbered cause, respectfully prays that the deadline to file Appellee's Brief be extended until November 16, 2015, and for all other and further relief, either at law or in equity, to which Appellee shows itself justly entitled.

Respectfully submitted,

**TIMOTHY R. PLOCH**
State Bar No. 16073280
**LINDA M. TALBOT**
State Bar No. 00788504
**TIMOTHY R. PLOCH, P.C.**
730 North Post Oak Rd., Suite 100
Houston, Texas  77024
(713) 862-4300
(713) 862-7575 (Telecopier)
lawplochstaff@flash.net

**LIVESAY LAW OFFICE**
BRAZOS SUITES NO. 9
517 Nolana
McAllen, Texas 78504
(956) 928-0149
RGVAppellateLaw@yandex.com


/s/ KEITH C. LIVESAY
**KEITH C. LIVESAY**
State Bar No. 12437100

ATTORNEYS FOR APPELLEE,
LENTZ ENGINEERING, L.C.


## CERTIFICATE OF CONFERENCE

I, **KEITH C. LIVESAY**, do hereby certify that I was unable to contact Counsel for Appellant, Daniel Kistler, concerning the disposition of this motion because of the date and time this motion is being filed.


/s/ KEITH C. LIVESAY
**KEITH C. LIVESAY**


## CERTIFICATE OF SERVICE

I, **KEITH C. LIVESAY**, do hereby certify that I have caused to be delivered by certified mail, regular mail, fax delivery, and/or electronic delivery, a true and correct copy of the above and foregoing document to

Appellant's Counsel of Record, Daniel Kistler, 17041 El Camino Real, Suite 204, Houston, Texas 77058 on this the 26th day of September, 2015.

/s/ KEITH C. LIVESAY
**KEITH C. LIVESAY**